UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

<u>ELECTRONIC FILING ORDER IN CIVIL CASES</u>

The parties shall file all documents in this case electronically.   Counsel must comply with the following requirements:

1.  Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2.  Documents filed electronically must be filed in OCR text searchable PDF format.

3.  Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

All documents (including briefs and exhibits) relating to the following:

a.      Applications for temporary restraining orders, preliminary
        injunctions or prejudgment remedies;
b.      Dispositive motions (motions to dismiss, for judgment on the pleadings,
        or for summary judgment);
c.      Requested jury instructions;
d.      Joint Trial Memorandum;
e.      Trial briefs, including proposed findings of fact and conclusions of law; and
f.      Any other motion, request or application which, taken together with all
        related filings (<u>e.g.,</u> memorandum in support and affidavits), are in
        excess of 15 pages.

It is So Ordered.

/s/ Omar A. Williams
United States District Judge