AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| James Williams | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00421-OAW |
| Yale New Haven Health Services Corporation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yale New Haven Health Services Corporation                                                                      .

Date:     04/17/2026                                         /s/ Philip H. Bieler
                                                                                     *Attorney's signature*

                                                                          Philip H. Bieler, ct16252
                                                                          *Printed name and bar number*

                                                                          Baker & Hostetler LLP
                                                                          45 Rockefeller Center New
                                                                          York, New York 10111
                                                                                     *Address*

                                                                          pbieler@bakerlaw.com
                                                                                     *E-mail address*

                                                                          (212) 847-2868
                                                                                     *Telephone number*

                                                                          (212) 589-4201
                                                                                     *FAX number*