**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAMES WILLIAMS, individually and on behalf of all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) Civil Action No. 3:26-cv-00421-OAW ) ) |
| v. | ) ) |
| YALE NEW HAVEN HEALTH SERVICES CORPORATION, | ) ) ) Hon. Omar A. Williams, Judge ) |
| *Defendant.* | ) |

**YALE NEW HAVEN HEALTH SERVICES CORPORATION'S**
**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Yale New Haven Health Services Corporation (Yale), by and through its undersigned counsel, respectfully moves the Court for an extension of time to respond to the complaint, up to and including May 15, 2026. In support of this motion, Yale states as follows:

1. Plaintiffs filed their complaint on March 20, 2026. (Dkt. 1.) Yale was served with a copy of the summons and complaint on April 1, 2026.

2. Pursuant to Fed. R. Civ. P. 12, Yale's current deadline to answer or otherwise respond to the complaint is April 22, 2026.

3. The undersigned counsel and his firm has recently been retained and in order to adequately analyze and respond to the allegations contained in plaintiff's complaint, Yale respectfully requests a brief extension of time, up to and including May 15, 2026, to file Yale's responsive pleading.

4. This is Yale's first request for an extension of time. Yale conferred with counsel for plaintiff on April 15, 2026, and plaintiff consents to this motion.

5. The requested extension will not affect any other deadlines or hearings currently set by the Court, and is brought in good faith, in the interests of justice and judicial economy, and not for purposes for delay. Yale respectfully requests the additional time to analyze plaintiff's allegations and respond to plaintiff's 310-paragraph complaint.

WHEREFORE, Yale respectfully requests that the Court extend Yale's deadline to file a responsive pleading up to and including May 15, 2026.

Dated: April 17, 2026

Respectfully submitted,

By: */s/ Philip H. Bieler*
Philip H. Bieler (ct16252)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel. (212) 847-2868
pbieler@bakerlaw.com

*Counsel for Defendant*
*Yale New Haven Health Services Corporation*