Case Number: 3:26-CV-00421-OAW

## PROOF/RETURN OF SERVICE

| Service of the Summons was made by me | Date: March 30, 2026 |
|---|---|
| Name of Server: Alex J. Rodriguez | Title: Connecticut State Marshal |

Then and by virtue hereof, on the 30th day of March, 2026, I made due and legal service on the within named Defendant, **YALE NEW HAVEN HEALTH SERVICES CORPORATION,** by leaving a verified true and attested copy of the within original **Summons in a Civil Case, Complaint, Order on Pretrial Deadlines, Electronic Filing Order in Civil Cases, Standing Protective Order, Notice of Option to Consent to Magistrate Judge Jurisdiction, Standing Order to Litigants, Regarding Letters to the Court, and Notice to Counsel and Self-Represented Parties,** with and in the hands of Shelley Kurspaska, duly authorized to accept for Corporation Service Company, Agent For Service for said Defendant, at 225 Asylum Street, 20th Floor , in the City of Hartford.

### STATEMENT OF SERVICE FEES

| Travel $ 2.00 | Services $ 143.50 | Total $ 145.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 30, 2026

Alex J. Rodriguez--State Marshal
39 Russ Street
Hartford, CT 06106