**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAMES WILLIAMS, individually and on behalf of all others similarly situated, | ) ) ) Civil Action No. 3:26-cv-00421-OAW |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| YALE NEW HAVEN HEALTH SERVICES CORPORATION, | ) ) ) The Honorable Omar A. Williams ) United States District Court Judge |
| *Defendant*. | ) |

**YALE NEW HAVEN HEALTH SERVICES CORPORATION'S SECOND
REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1) and this Court's Pretrial Procedures, Yale New Haven Health Services Corporation (Yale) respectfully moves the Court for a second and final extension of time to file Yale's responsive pleading to plaintiffs' complaint, up to and including May 29, 2026. In support of this unopposed motion, Yale states as follows:

1. Plaintiffs filed their complaint on March 20, 2026, and Yale was served with a copy of the complaint on or around April 1, 2026. (Dkt. # 1, *Compl.*) Yale's initial responsive pleading deadline was April 22, 2026. The complaint alleges a putative nationwide class consisting of "[a]ll people who used Yale New Haven's Website and had individually-identifiable patient health information about their past, present, or future health conditions shared with third-parties without notice or consent." (*Id.*, ¶ 250.)

2. The complaint further contains numerous technical allegations regarding alleged digital tools on Yale's public websites, including from third-parties Google, the Trade Desk, StackAdapt, and Adobe Experience Platform Edge Network. (*Id.*, ¶¶ 47-93.)

3. Since being served with the complaint Yale has spent significant time and resources analyzing these allegations in order prepare Yale's responsive pleading to plaintiffs' complaint. Yale has completed this analysis and is now prepared to file Yale's responsive pleading on or before May 29, 2026.

4. This is Yale's second request for an extension of time on the responsive pleading deadline. On April 17, 2026, Yale previously moved the Court for an extension up to and including May 15, 2026 to file Yale's responsive pleading. That motion remains pending with the Court and will be rendered moot by this motion.

5. On both requests Yale's counsel has conferred with plaintiffs' counsel. Plaintiffs' counsel have not opposed either request, and the parties agree this will be Yale's last request for extension of the responsive pleading deadline. The requested extension will not affect any other deadlines or hearings currently set by the Court and is not sought for purposes for delay. Yale has taken the time to review the allegations in the complaint and ensure Yale's responsive pleading will meaningfully advance the litigation before the Court.

WHEREFORE, Yale respectfully requests that the Court extend Yale's deadline to file a responsive pleading up to and including May 29, 2026.

Dated: May 12, 2026                              Respectfully submitted,

                                                 By: */s/ Philip H. Bieler*
                                                 Philip H. Bieler (ct16252)
                                                 BAKER & HOSTETLER LLP
                                                 45 Rockefeller Plaza, 14th Floor
                                                 New York, New York 10111
                                                 Tel. (212) 847-2868
                                                 pbieler@bakerlaw.com

                                                 *Counsel for Defendant*
                                                 *Yale New Haven Health Services Corporation*

\

2