**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAMES WILLIAMS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>YALE NEW HAVEN HEALTH SERVICES CORPORATION,<br><br>          Defendant. | Civil Action No. 3:26-cv-00421-OAW |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Pursuant to, and in accordance with, Local Rule 83.1(e), undersigned counsel, Philip H. Bieler, Esq., a member of the Bar of this Court, respectfully requests an Order authorizing David A. Carney (Applicant), from the law firm Baker & Hostetler, LLP to appear on behalf of defendant Yale New Haven Health Services Corporation (Yale New Haven), *pro hac vice*, in the above-captioned matter. As the sponsoring attorney, I affirm that I am an active member of the Bar of this Court, that the filing fee associated with this motion has been paid, and that I have filed an appearance in this action. (Dkt. No. 11). My contact information is detailed below, and supporting affidavit by the Applicant Mr. Carney is attached to this Motion as Exhibit A.

Respectfully submitted this 29th day of May, 2026.

/s/ *Philip H. Bieler*
Philip H. Bieler (ct16252)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 847-2868
Fax: (212) 589-4201
pbieler@bakerlaw.com

*Attorney for defendant Yale New Haven Health Services Corporation*