**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAMES WILLIAMS, individually and on behalf of all others similarly situated, | ) <br> ) <br> ) Civil Action No. 3:26-cv-00421-OAW <br> ) |
| *Plaintiff*, | ) <br> ) |
| v. | ) <br> ) |
| YALE NEW HAVEN HEALTH SERVICES CORPORATION, | ) <br> ) The Honorable Omar A. Williams, <br> ) United States District Court Judge |
| *Defendant*. | ) |

Defendant Yale New Haven Health Services Corporation (Yale New Haven) respectfully moves the Court to dismiss plaintiff's complaint with prejudice under Rule 12(b)(6) of the Federal Civil Rules for failure to state a claim upon which relief can be granted. The reasons for this motion are set forth more fully in the accompanying memorandum of law in support, which is expressly incorporated by reference herein. Succinctly, they can be stated as follows: the one-party consent rule bars plaintiff's claim under the federal Wiretap Act and plaintiff fails to allege actual injury under Connecticut state law to support his common law negligence claim.

Dated: May 29, 2026

Respectfully submitted,

/s/  *Philip H. Bieler*
Philip H. Bieler (ct16252)
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza New York, NY 10111
Telephone: (212) 847-2868
Fax: (212) 589-4201
pbieler@bakerlaw.com

David A. Carney (*pro hac vice filed*)
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: (216) 861-7634
Fax: (216) 696-0740
dcarney@bakerlaw.com

*Attorneys for defendant Yale New Haven Health Services Corporation*

Yale New Haven respectfully requests oral argument on this motion, and counsel for Yale New Haven is available for any argument at the convenience of the Court.