**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAMES WILLIAMS, individually and on behalf of all others similarly situated,<br>   *Plaintiff*,<br><br>  v.<br><br>YALE NEW HAVEN HEALTH SERVICES CORPORATION,<br>   *Defendant*. | Civil Action No. 3:26-cv-00421-OAW |

**PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL J. CASAS**

I, Deborah L. McKenna, am an active member in good standing of the bar of this Court and the attorney of record for Plaintiff in this case. Pursuant to Local Rule 83.1(e), I respectfully request that this Court issue an Order authorizing Michael J. Casas to appear *pro hac vice* in this case as counsel for the Plaintiff. Attorney Casas is a member of the bar of Illinois. I have verified that Attorney Casas is a member in good standing of the bar(s) to which he is admitted, and his affidavit in support is attached to this Motion. My contact information appears below, and the filing fee associated with this Motion has been paid.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order admitting Michael J. Casas *pro hac vice* as counsel for Plaintiff in the above-captioned action.

Dated: June 8, 2026

Respectfully submitted,

*/s/ Deborah L. McKenna*
Deborah L. McKenna (ct17236)
Hayber, McKenna & Dinsmore, LLC
472 Wheelers Farms Road, Suite 300
Milford, CT 06461\
Tel.: (203) 691-6491
Fax: (860) 218-9555
Email: dmckenna@hayberlawfirm.com

*Attorney for Plaintiff and the Putative Class*

1

2

**CERTIFICATE OF SERVICE**

I, Deborah L. McKenna, hereby certify that this document, filed through the CMECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 8, 2026, and to unregistered participants via email.

Dated:  June 8, 2026                                      /s/ Deborah L. McKenna
                                                                      Deborah L. McKenna