AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut    ▾

| | |
|---|---|
| James Williams | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    3:26-cv-00421-OAW |
| Yale New Haven Health Services Corporation | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yale New Haven Health Services Corporation                                        .

Date:     06/08/2026

/s/ David Carney

*Attorney's signature*

David Carney, OH 79824

*Printed name and bar number*

Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114

*Address*

dcarney@bakerlaw.com

*E-mail address*

(216) 861-7634

*Telephone number*

(216) 696-0740

*FAX number*