AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| JAMES WILLIAMS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:26-cv-00421-OAW |
| YALE NEW HAVEN HEALTH SERVICES CORPORATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Williams                                                                                          .

Date:       06/12/2026                                          *Michael Casas*
                                                                         *Attorney's signature*

                                                                    Michael Casas 6343255
                                                                    *Printed name and bar number*

                                                              222 W. Adams St Suite 2020 Chicago, IL 60606


                                                                         *Address*

                                                              mcasas@stephanzouras.com
                                                                     *E-mail address*

                                                                    (312) 233-1550
                                                                    *Telephone number*

                                                                    (312) 233-1560
                                                                      *FAX number*