AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

|  |  |  |  |
|---|---|---|---|
| JAMES WILLIAMS | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 3:26-cv-00421-OAW |
| YALE NEW HAVEN HEALTH SERVICES CORPORATION | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Williams                                                                                                    .

Date:      06/12/2026

*James B. Zouras*
*Attorney's signature*

James B. Zouras 6230596
*Printed name and bar number*

222 W. Adams St Suite 2020 Chicago, IL 60606

*Address*

jzouras@stephanzouras.com
*E-mail address*

(312) 233-1550
*Telephone number*

(312) 233-1560
*FAX number*